Tanyea Willis

v.

23rd District Attorney's office

Pro Se, I am suing on grounds of False inprisonment, Unlawful Confinement, Prosecutorial Misconduct

• On 11/12/2024 I was detained in Cheatham Co. Courthouse by Cheatham the Sheriffs office, My Bond was Revoked "on grounds of Not Staying in contact with my attorney"
I appeared Back in court on 01/07/2025 to get my bond Reinstated During my hearing the Counsel for the State who is assigned to my Case stated During his closing arguments that "My Bond shouldnt Be Re instated because me being in Jail, Stops the fact of/me not Contacting my attorney" Counsel has no Proof of this Claim and it is in No Record of the Court of "How much" I Contact or didnt my attorney.
"Stating your personal opinion to be Fact' (outside of Record is Prosecutorial Misconduct)
During my January 2025 hearing in Judge lockert court Judge Susan lockert Stated she had No recollection of me being in her Courtroom on November 12th, 2024
"Counsel for the state withheld Evidence (his Personal Memory of me being present) at that moment Maleciously with the Intent to keep me Incercerated.

I eventually got another Judge who heard all these claims of me not Contacting my attorney, and Over-ruled Judge Suzan lockert and re-insteted my bond. Court records Will show!!
→ on Back

I was falsely Imprisoned and I am suing for the sum of $2.5 US Dollars

$1 Million - Prosecutorial Misconduct
$1 Million - False imprisonment
$ 500,000 - Pain & Suffering

10/28/2025

Tanyen Willis
2108 Buchanan St
Unit #C
Nashville, TN 37208

RECEIVED
NOV 04 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
31 OCT 2025 PM 6 L

Federal Court Clerk
719 Church Street
Suite #1300
Nashville, TN 37203

37203-709525